

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2025

No. 04-25-00642-CR

Shelton Ray **DAVISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CR-006485
Honorable Liza Rodriguez, Judge Presiding

### ORDER

Sitting:       Adrian A. Spears II, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

In accordance with this Court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 10, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2025.

_____
Caitlin A. McCamish, Clerk of Court